UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MORGAN, individual, on behalf of herself and others similarly situated,, <br><br> PLAINTIFF(S), <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., SAFEWAY, INC., BETTER LIVING BRANDS, LLC, AND LNK INTERNATIONAL, INC., <br><br> DEFENDANTS. | Case No. 4:22-cv-02948-JST <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE CURRENT DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND EXTEND DEADLINE BY 30 DAYS.** <br><br> <u>Complaint served</u>: <br>    May 26, 2022 (Defendants Albertsons, Safeway & Better Living Brands) <br>    May 27, 2022 (Defendant LNK) <br><br> <u>Current response dates</u>: June 16, 2022 (Defendants Albertsons, Safeway & Better Living Brands); June 17, 2022 (Defendant LNK) <br><br> <u>Stipulated response date</u>: July 18, 2022 |

GRANTING JOINT STIPULATION TO VACATE CURRENT DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND EXTEND DEADLINE BY 30 DAYS

CASE NO. 1:22-CV-02948-JST

IT IS HEREBY ORDERED, from the parties' agreement, that Defendants' deadline to move, answer, or otherwise respond to the complaint shall be vacated; and that Defendants' deadline to move, answer, or otherwise respond to the complaint shall be extended by 30 days, accounting for the weekend, creating a new deadline of July 18, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 16, 2022

_____
United States District Judge