UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MORGAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALBERTSONS COMPANIES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-02948-JST<br><br>**CLERK'S JUDGEMENT**<br>Re: Dkt. No. 35 |

Pursuant to the Order Granting Motion to Dismiss signed March 13, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 13, 2023

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR